## CURT K. ROSSELL ET AL. *v.* JEFFREY ROFFMAN ET AL.
### (AC 16285)

Spear, Hennessy and Healey, Js.

Argued September 24—officially released October 7, 1997

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* KEITH BRASWELL
### (AC 15025)

Spear, Dupont and Healey, Js.

Argued September 24—officially released October 7, 1997

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* ADAM ROBERTS
### (AC 15605)

Spear, Dupont and Healey, Js.

Argued September 25—officially released October 21, 1997

Per Curiam. The judgment is affirmed.